FILED

JUN 1 6 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 08-90753-D-7 |
| | ) | |
| JESSE ADRIAN WAGNER, | ) | DC No. JAW-1 |
| | ) | |
| Debtor. | ) | Date:  June 11, 2008 |
| | ) | Time:  10:30 a.m. |
| | | Place: 1130 12th St., Ste. C |
| | | Modesto, CA 95354 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION

On April 28, 2008, Jesse Adrian Wagner ("the debtor") initiated this chapter 7 case.  At the same time, the debtor filed the required Exhibit D — Individual Debtor's Statement of Compliance with Credit Counseling Requirement.  The debtor checked the box indicating that he had requested credit counseling services from an approved agency but was unable to obtain such services during the five days from the time he made the request.  Along with his petition and Exhibit D, the debtor submitted a Notice of Motion and Motion for Determination of Waiver of Credit Counseling Services ("the Motion"), in which he set forth what he contends are circumstances justifying a waiver of the credit counseling and debtor education requirements of 11 U.S.C. §§ 109(h)(1) and 727(a)(11).  For the following reasons, the court will grant the motion as to both requirements.

/ / /

1   The general rules are that (1) a bankruptcy debtor must

2   obtain credit counseling within the 180-day period preceding the

3   date the petition is filed from an agency approved by the United

4   States Trustee, and (2) as a condition to receiving a chapter 7

5   bankruptcy discharge, a debtor must complete an instructional

6   course in personal financial management.  11 U.S.C. §§ 109(h)(1),

7   727(a)(11).  These requirements shall not apply if the debtor is

8   disabled, as defined in 11 U.S.C. § 109(h)(4).  §§ 109(h)(4),

9   727(a)(11).  A person is so disabled if he or she is "so

10  physically impaired as to be unable, after reasonable effort, to

11  participate in an in person, telephone, or Internet briefing

12  . . . ."  § 109(h)(4).

13      The debtor in this case is incarcerated at the Sierra

14  Conservation Center, and is unable to use the Internet or to make

15  telephone calls longer than 15 minutes.  The debtor may only make

16  telephone calls that are collect calls.  In an effort to comply

17  with the credit counseling requirement, the debtor obtained a

18  list of approved providers, and attempted to contact the 15

19  credit counseling agencies on the list, but none would accept his

20  collect call.

21      The court concludes from this evidence that the debtor,

22  after reasonable effort, is unable to participate in credit

23  counseling or a personal financial management course either in

24  person, by telephone, or by way of an Internet briefing.  Thus,

25  the debtor is disabled, within the meaning of § 109(h)(4), and

26  will be excused from the requirements of participating in credit

27  counseling and the personal financial management course.

28  / / /

- 2 -

1    The court will enter an appropriate order.

2

Dated: June 16, 2008                    *Robert Bardwil*

3                                        ROBERT S. BARDWIL
                                         United States Bankruptcy Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the US Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Michael McGranahan
P.O. Box 5018
Modesto, CA 95352

Jesse Adrian Wagner
CDCR# F-54554
5150 O'Byrnes Ferry Rd.
Jamestown, CA 95352


DATE: June 16, 2008          _Andrea Lovgren_____
                                Andrea Lovgren