Case 08-90753    Filed 07/10/08    Doc 29



*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED
JUL 10 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-90753-D-7 |
| JESSE ADRIAN WAGNER, | |
| Debtor. | Date: July 9, 2008<br>Time: 10:30 a.m.<br>Dept: D |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION ON ORDER TO SHOW CAUSE

On June 11, 2008, this court issued an order to show cause why this case should not be dismissed because of the failure of the debtor, Jesse Adrian Wagner, to appear at the meeting of creditors, held pursuant to 11 U.S.C. § 341, on June 5, 2008. The order to show cause came on for hearing on July 9, 2008, on the 10:30 a.m. calendar. Michael McGranahan, the chapter 7 trustee in this case, appeared; the debtor did not appear.

The trustee advised the court at the hearing that the debtor had failed to attend the continued meeting of creditors, held July 3, 2008, and that the trustee had again continued the meeting, this time to July 31, 2008, at 12:00 p.m.

The court has read and considered the various documents submitted by the debtor attesting to his present incarceration and consequent inability to attend the meeting of creditors in person. These include the debtor's letters to the trustee, copies of which were filed with the court on May 9, 2008 and June

10, 2008, his opposition to the order to show cause, with attachments, filed June 26, 2008, and his application for order re telephone appearance, with attachments, filed July 1, 2008. These documents reveal that the debtor has made efforts to appear at the meeting of creditors by telephone, but has thus far not been successful.[1]

The debtor will need to take the steps necessary to appear by telephone at the meeting on July 31, 2008. The debtor noted in a declaration attached to a motion filed April 28, 2008 that he is unable to make telephone calls for more than 15 minutes and that the calls must be collect calls. The court will not require the trustee to accept a collect call for the debtor's § 341 appearance or to limit the examination of the debtor to 15 minutes. Thus, it may well be that the debtor's telephone call will need to last longer than 15 minutes. These are matters the debtor will need to address with prison officials.

The court notes the debtor's request, in his application filed July 1, for an order compelling the California Department of Corrections/Sierra Conservation Center "to make a telephone available to the debtor for purposes of the § 341 meeting." The court finds no basis for jurisdiction over the Department of Corrections that would allow the court to make such an order. Instead, the debtor may provide the appropriate prison officials with copies of this decision and the accompanying order, so as to facilitate his appearance.

---

1. By memorandum issued May 12, 2008, the United States Trustee approved the debtor's request to appear by telephone at the meeting of creditors in this case. Exhibit 1 to the debtor's opposition to order to show cause, filed June 26, 2008.

The trustee should reasonably cooperate with the debtor in his efforts to coordinate his telephone appearance. The debtor has indicated that the trustee gave the debtor's correctional counselor the following telephone number as the number to call for the § 341 appearance: (209) 575-3146.[2] If this is not the correct number for the July 31 appearance, the court would expect the trustee to make sure the debtor is aware of the correct number well in advance.

Finally, the court expects the debtor will be in a better position to place an outgoing call than to receive an incoming call.[3] If, on the other hand, prison officials prefer the trustee to place the call, the debtor should promptly provide the trustee with the correct telephone number to call at the time of the meeting and should take all steps necessary to ensure that the debtor will be able to receive the call.[4]

The court will enter an appropriate order.

Dated: July 10, 2008

ROBERT S. BARDWIL
United States Bankruptcy Judge

---

2. Declaration of Jesse Wagner, ¶ 7, filed July 1, 2008, with Application for Order re Telephone Appearance.

3. The debtor has indicated that for safety and security reasons, "incoming calls are not an option." Declaration of Jesse Wagner, ¶ 9, filed June 26, 2008 with debtor's opposition to order to show cause.

4. The court notes that the U.S. Trustee's memorandum approving the debtor's request to appear by telephone contemplates that the trustee might place the call to a number to be provided by the debtor.

- 3 -

**CERTIFICATE OF MAILING**

    The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the US Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Michael McGranahan
P.O. Box 5018
Modesto, CA 95352

Jesse Adrian Wagner
CDCR# F-54554
5150 O'Byrnes Ferry Rd.
Jamestown, CA 95352

DATE: July 10, 2008      _____
                                         Andrea Lovgren